**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                April 19, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02139-RPM

| | |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | G. Stephen Long |
| | Nicole A. Westbrook |
| Plaintiff, | Cash K. Parker |
| v. | |
| MEDTRONIC, INCORPORATED, a Minnesota corporation; | James E. Hartley |
| MEDTRONIC SOFAMOR DANEK, INCORPORATED, | Michael Simons |
| an Indiana corporation; | |
| MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a | |
| MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and | |
| MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference and Hearing on Pending Motions**

**9:30 a.m.        Court in session.**

Court's preliminary remarks.

9:32 a.m.        Argument by Mr. Simons [30].

Court's statement regarding defendants' [31] motion to certify order.

**ORDERED:   Defendants' Motion to Certify the Order Denying Defendants' Motions to Dismiss as an Appealable Interlocutory Order under 28 U.S.C. § 1292(b), filed March 11, 2011 [31], is denied.**

Argument by Mr. Simons [32].

9:54 a.m.        Argument by Mr. Long [32].

Mr. Long states plaintiff is not asserting affirmatively the arbiters damages award for tortious interference.

April 19, 2011
10-cv-02139-RPM

10:15 a.m.        Rebuttal argument by Mr. Simons.

Court states it will prepare a written order ruling on the remaining two motions and that another scheduling conference will be scheduled.

Court suggests counsel consider phased discovery.

Court further states its view regarding motions for summary judgment.

Court advises counsel of its practice regarding expert disclosures and reports (burden of proof, contradictory and rebuttal).

**ORDERED:**     **Medtronic Sofamor Danek USA, Inc's Application to Intervene, filed March 11, 2011 [30], stands submitted and is taken under advisement.**

**ORDERED:**     **Defendants' Motion to Stay Lawsuit and Compel Arbitration, filed March 11, 2011 [32], stands submitted and is taken under advisement.**

**10:34 a.m.        Court in recess.**

Hearing concluded.  Total time: 1 hr. 2 min.