IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  10-cv-02139-RPM-BNB

LENOX MACLAREN SURGICAL CORPORATION, a Colorado corporation,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation,
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indian corporation,
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a Medtronic Neurologic Technologoies, a California corporation, and
MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference to address outstanding e-discovery issues.  I am informed that those matters have been resolved.

IT IS ORDERED that on or before **February 16, 2012**, the parties shall file a stipulation containing the parties' agreement.

Dated February 9, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge