**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 5, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02139-RPM

| | |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | G. Stephen Long |
| | Nicole A. Westbrook |
| Plaintiff, | Cash K. Parker |
| v. | |
| MEDTRONIC, INCORPORATED, a Minnesota corporation; | Steven M. Zager |
| MEDTRONIC SOFAMOR DANEK, INCORPORATED, | Michael Simons |
| an Indiana corporation; | Timothy W. Gordon |
| MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a | |
| MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and | |
| MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Compel**

**9:53 a.m.**       **Court in session.**

Defendant's client representative Chad A. Hanson.

Court's preliminary remarks.

| | |
|---|---|
| 10:01 a.m. | Argument by Mr. Long. |
| 10:16 a.m. | Argument by Mr. Zager. |
| | Sample documents tendered to Court by Mr. Zager. |
| | Mr. Zager states defendant will produce a privilege log by April 16, 2012. |
| 10:37 a.m. | Rebuttal argument by Mr. Long. |
| | Mr. Long states the plaintiff is not objecting to the depositions already noticed. |
| | Mr. Long further states plaintiff has already produced a privilege log. |
| 10:47 a.m. | Statements by Mr. Zager. |

**ORDERED:   Plaintiff Lenox Maclaren Surgical Corporation's [88] Motion to Compel Defendants' Production of Documents And to Amend the [79] Scheduling Order, is granted (including extension of time) pursuant to the Court's suggested procedure as stated on record.  (Counsel shall confer and defendant shall perform a random search using agreed search terms to produce sample documents from ones previously excluded by April 12, 2012).**

**10:53 a.m.**       **Court in recess.**   Hearing concluded. Total time: 1 hr.