**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                 May 31, 2012
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Jennifer Hawkins

_____

Civil Action No. 10-cv-02139-RPM

| | |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | G. Stephen Long |
| | Nicole A. Westbrook |
| Plaintiff, | Cash K. Parker |
| v. | Michelle L. Gomez |
| | |
| MEDTRONIC, INCORPORATED, a Minnesota corporation; | Steven M. Zager |
| MEDTRONIC SOFAMOR DANEK, INCORPORATED, | Michael Simons |
| an Indiana corporation; | |
| MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a | |
| MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and | |
| MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation, | |
| | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**1:54 p.m.       Court in session.**

Court's preliminary remarks.

Counsel state they have the discovery materials (documents and transcripts) produced from the arbitration proceeding.

Court states its understanding of the case facts.

Mr. Long answers questions asked by the Court (Bruxx report / market share - Shawn McQuinn / 2010 spine report, arbitration proceeding).
Argument by Mr. Long.

**Court directs that Linda Lenox be deposed as a 30(b)(6) witness.**

Argument by Mr. Zager.
Argument by Mr. Simons.

**ORDERED:**   Defendants' Motion to Compel Discovery Responses and Overrule Objections [102], is resolved as instructed on record.

May 31, 2012
10-cv-02139-RPM

Continued argument by Mr. Zager.
Argument by Mr. Long.
Rebuttal argument by Mr. Zager.
Further argument by Mr. Long.

**ORDERED:**  **Defendants' Motion to Quash Depositions and for Protection [103], is granted in part and denied in part as stated on record.**

**3:10 p.m.**  **Court in recess.**

Hearing concluded.  Total time: 1 hr. 16 min.