IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02139-RPM

LENOX MACLAREN SURGICAL CORPORATION

     Plaintiff,
v.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,

     Defendants.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


     The parties' requests for scheduling conference is granted.  The disagreements concerning necessary depositions will be heard along with the motions currently set for hearing on October 30, 2012.


DATED: September 19, 2012