IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02139-RPM

LENOX MACLAREN SURGICAL CORPORATION

    Plaintiff,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
   MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,

    Defendants.
_____

### ORDER RESTRICTING ACCESS
_____

    Upon review of Plaintiff Lenox MacLaren Surgical Corporation's motion to restrict access, [134] filed today, it is

    ORDERED that access to Lenox MacLaren Surgical Corporation's Response to the Defendants' Motion for Discretionary Relief along with Exhibits K through N, is restricted to Level 1 access. A redacted response will be filed for public access on or before November 2, 2012.

    Dated:   October 25th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge