IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02139-RPM- BNB

LENOX MACLAREN SURGICAL CORPORATION,
a Colorado Corporation,

        Plaintiff,

vs.

MEDTRONIC, INCORPORATED,
a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED,
an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
MEDTRONIC NEUROLOGIC TECHNOLOGIES,
a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,
a Japanese corporation,

        Defendants.

_____

**ORDER GRANTING DEFENDANTS' MOTION TO RESTRICT ACCESS AND FILE UNDER SEAL DEFENDANTS MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK, INC., MEDTRONIC SOFAMOR DANEK CO., LTD. AND MEDTRONIC PS MEDICAL, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

_____

On this date, this Court considered Medtronic, Inc., Medtronic Sofamor Danek, Inc., Medtronic PS Medical, Incorporated, d/b/a Medtronic Neurologic Technologies, and Medtronic Sofamor Danek Co., Ltd.'s Motion to Restrict Access and File Under Seal Reply in Support of Motion for Summary Judgment ("Motion to Restrict Access").

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that Defendants' Reply in Support of Motion for Summary Judgment shall be restricted as Level 1 access and sealed.

SIGNED this 29th day of March, 2013.

BY THE COURT

s/Richard P. Matsch

_____
RICHARD P. MATSCH, SENIOR DISTRICT JUDGE
UNITED STATES DISTRICT COURT JUDGE