# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:              May 29, 2013
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 10-cv-02139-RPM

| | |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | G. Stephen Long |
| | Nicole A. Westbrook |
| Plaintiff, | |
| v. | |
| MEDTRONIC, INCORPORATED, a Minnesota corporation; | Steven M. Zager |
| MEDTRONIC SOFAMOR DANEK, INCORPORATED, | Michael Simons |
| an Indiana corporation; | Catherine F. Spillman |
| MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a | Conor F. Farley |
| Medtronic Neurologic Technologies, a California corporation; and | |
| MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:30 a.m.        Court in session.**

Court's preliminary remarks.

Mr. Long answers questions asked by the Court regarding definition of the products /product market at issue and duration of claim.

| | |
|---|---|
| 10:38 a.m. | Argument by Mr. Zager. |
| 10:53 a.m. | Argument by Mr. Long. |
| 11:11 a.m. | Rebuttal argument by Mr. Zager. |
|            | Statements by Mr. Simons. |
| 11:19 a.m. | Further argument by Mr. Long. |

**ORDERED:  Defendants Medtronic, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek Co., Ltd. and Medtronic PS Medical, Inc.'s Motion for Summary Judgment [168] /[177], is taken under advisement.**

**11:25 a.m.        Court in recess.**        Hearing concluded.  Total time: 55 min.