IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02139-RPM

LENOX MACLAREN SURGICAL CORPORATION

    Plaintiff,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
   MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,

    Defendants.
_____

## JUDGMENT
_____

Pursuant to the Order Granting Defendants' Motion for Summary Judgment entered by Senior Judge Richard P. Matsch today, it is

ORDERED AND ADJUDGED that this civil action is dismissed.  Defendants are awarded costs upon the filing of a bill of costs within 14 days.

Dated:  June 21st, 2013

                                FOR THE COURT:

                                JEFFREY P. COLWELL, Clerk

                                      s/M. V. Wentz
                              By_____
                                        Deputy