IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02139-RPM

LENOX MACLAREN SURGICAL CORPORATION

     Plaintiff,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
    MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,

    Defendants.

_____

## JUDGMENT

_____

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment entered by

Senior Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that this civil action is dismissed.  Defendants are

awarded costs upon the filing of a bill of costs within 14 days.

    Dated:   June 21st, 2013

                 FOR THE COURT:

                 JEFFREY P. COLWELL, Clerk

                      s/M. V. Wentz

                 By_____

                     Deputy