IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02139-RPM

LENOX MACLAREN SURGICAL CORPORATION,

    Plaintiff,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
   MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,

    Defendants.
_____

## ORDER OF RECUSAL
_____

    Because my view of this civil action is fundamentally different from that of the three judges of the panel of the Tenth Circuit Court of Appeals in the opinion reversing this Court's summary judgment order, it is appropriate to disqualify myself in the further proceedings directed by that Court. Accordingly, it is, pursuant to 28 U.S.C. § 455(a),

    ORDERED, that the Clerk of this court shall reassign this civil action by random draw.

    Dated:   August 27th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge