IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02139-MSK-BNB

LENOX MACLAREN SURGICAL CORPORATION,
a Colorado corporation,

       Plaintiff,

v.

MEDTRONIC, INCORPORATED,
a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED,
an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED,
d/b/a MEDTRONIC NEUROLOGIC TECHNOLOGIES,
a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,
a Japanese corporation,

       Defendants.

---

## TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN

---

Upon the application of Plaintiff, and pursuant to Article 17 of the United States – Japan Consular Convention,

You have been duly appointed and you are hereby authorized to take oral depositions at the United States Consulate in Osaka, Japan, of the following witnesses who will appear voluntarily:

- Dr. Kazumi Kitagawa, Shinonoi General Hospital, 666-1 Shinonoiai, Nagano-shi, Nagano Prefecture, 388-8004, Japan.

- Dr. Muneharu Ando, Wakayama Medical University Hospital, 811-1 Kimiidera, Wakayama-shi, Wakayama Prefecture, 641-8510, Japan; and Wakayama Rosai Hospital, Yubinbango 640-8505, Wakayama Prefecture, Wakayama Kinomoto 93 No. 1.
- Dr. Noriaki Kawakami, Meijo Hospital, 1-3-1 Sannomaru, Naka-ku, Nagoya-shi, Aichi Prefecture, 460-0001, Japan.

Commencing on or about March 18, 2015, at 9:00 a.m. and terminating on or about March 24, 2015, at 5:00 p.m., and to mark any documentary exhibits in connection therewith.

Counsel for the Plaintiff who will participate in said depositions are G. Stephen Long and Nicole A. Westbrook; and counsel for the Defendants who will participate in said depositions are Steven M. Zager and Michael Simons. The proceedings will be reported by a court reporter and videotaped by a videographer, both from Japan. Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

IT IS SO ORDERED this 29th day of January, 2015.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 29th day of January, 2015
JEFFREY P. COLWELL
By _____
Deputy
(SEAL)

_____
The Honorable Boyd N. Boland
United States District Court
Magistrate Judge