IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 10-cv-02139-MSK-BNB | Date: | March 10, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | *George Stephen Long* <br> *Nicole A. Westbrook* |
| **Plaintiff,** | |
| V | |
| MEDTRONIC, INCORPORATED, <br> MEDTRONIC SOFAMOR DANEK, INCORPORATED, <br> MEDTRONIC PS MEDICAL, INCORPORATED, <br> MEDTRONIC SOFAMOR DANEK CO., LTD., | *David Clinton Lawrence* <br> *Michael Simons* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session:  4:06 p.m.

Appearance of counsel.

Parties discuss Lenox MacLaren Surgical Corporation's Opposed Request for Certified, Original Order to U.S. Consulate General in Japan be Signed by the Court [258] filed March 6, 2015.

For the reasons stated on the record, it is

**ORDERED: Lenox MacLaren Surgical Corporation's Opposed Request for Certified, Original Order to U.S. Consulate General in Japan be Signed by the Court [258] is GRANTED.**

**ORDERED: Defendant will inquire if an annotated original including two additional parties is sufficient.**

**ORDERED: Parties shall contact chambers of preferred form.**

Court in Recess:  4:12 p.m.          Hearing concluded.          Total time in Court:  00:06

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119