IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02139-MSK-NYW

LENOX MACLAREN SURGICAL CORPORATION,
a Colorado corporation,

    Plaintiff,

v.

MEDTRONIC, INCORPORATED,
a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED,
an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED,
d/b/a MEDTRONIC NEUROLOGIC TECHNOLOGIES,
a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,
a Japanese corporation,

    Defendants.

---

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN**

---

Upon the first amended application of Plaintiff, and pursuant to Article 17 of the United States – Japan Consular Convention,

It is ORDERED that the depositions on notice of the following witnesses be taken at the United States Consulate in Osaka, Japan:

- Takeshi Ohira, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Soji Ohira, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Hirotsugu Saito, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Mototsugu Sawatake, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Yoko Sasakawa, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Satoru Kimura, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Satoshi Kimura, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Minako Matsuda, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Hitomi Watanabe, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Takahito Wakabayashi, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Satoru Ikejiri, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Masashi Yoriki, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Shigeki Kurano, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Toshiro Fukiharu, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Tatsuya Onishi, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

- Toshiharu Yamada, Medtronic Sofamor Danek Co., Ltd, KM Nishiumeda Building 3F, 7-20-1, Fukushima, Fukushima-KU, Osaka, Japan, 5530003.

Commencing on or about March 18, 2015, at 9:00 a.m. and terminating on or about March 24, 2015, at 5:00 p.m., and to mark any documentary exhibits in connection therewith.

Counsel for the Plaintiff who will participate in said depositions are G. Stephen Long and Nicole A. Westbrook; and counsel for the Defendants who will participate in said depositions are Steven M. Zager and Michael Simons. The proceedings will be reported by court reporters, Sandra Laurie Bray and Renee Michele Kelch, videotaped by videographer, Luis Lopez, and interpreted by Noriko Hasegawa. Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed. *The court further orders that Parties not exceed the allotted number of depositions, without leave of Court.*

IT IS SO ORDERED this **6th** day of **March**, 2015.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 6 day of March 2015
JEFFREY P. COLWELL
By_____
                Deputy

The Honorable Nina Y. Wang
United States District Court
Magistrate Judge

(SEAL)