**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02139-MSK-NYW

LENOX MACLAREN SURGICAL
CORPORATION, a Colorado corporation,

    Plaintiff,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants Medtronic, Inc., Medtronic Sofamor Danek, Inc., Medtronic PS Medical, Inc. and Medtronic Sofamor Danek Co., Ltd. ("Defendants") Motion for Service of Subpoena to Walter Lenox by Alternative Means [#273], filed April 3, 2015 (the "Motion"). Pursuant to the Order referring case dated February 9, 2015 [#243] and the Memorandum dated April 6, 2015 [#274], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED .

DATED April 17, 2015.