**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02139-MSK-NYW

LENOX MACLAREN SURGICAL CORPORATION, a Colorado corporation,

Plaintiff,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation,
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation,
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation,
MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Lenox MacLaren Surgicial Corporation's ("Plaintiff") Motion for Leave to File a Surreply to Reply in Support of Defendants' Motion for Leave to Take a Third Rule 30(b)(6) Deposition, filed on May 12, 2015 ("Motion"). Pursuant to the Reassignment [#243] dated February 9, 2015, and the Memorandum dated May 12, 2015 [#311], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is DENIED. Accordingly, Plaintiff is denied leave to file a surreply.

DATED May 14, 2015.