# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02139-MSK-NYW

LENOX MACLAREN SURGICAL CORPORATION, a Colorado corporation,

Plaintiff,

v.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Lenox MacLaren Surgical Corporation's ("Plaintiff") Motion to Restrict Access and File Under Seal an Exhibit Attached to Lenox's Motion for Leave to File a Surreply, filed May 12, 2015 [#309] ("Original Motion"). Also before the court is Lenox MacLaren Surgical Corporation's Amended Motion to Restrict Access and File Under Seal an Exhibit Attached to Lenox's Motion for Leave to File a Surreply, filed May 13, 2015 [#315] (the "Amended Motion," and collectively with the "Original Motion," the "Motions"). Pursuant to the Reassignment dated February 9, 2015 [#243], the court's minute entry dated May 11, 2015, and the Memorandum dated May 13, 2015 [#316], the Motions are before this Magistrate Judge.

      IT IS ORDERED that the Motions are GRANTED. The court reminds the Parties that, in filing motions for leave to restrict pursuant to applicable Local Rule, a party must comply with D.C.COLO.LCivR 7.2, which requires, *inter alia*, that a party make the following multi-part showing:

> (1) identify the specific document for which restriction is sought; (2) [] identify the interest to be protected and the reasons why that interest outweighs the presumption of public access; (3) [] identify a clear injury that would result if access is not restricted; and (4) [] explain why alternatives to restricted access—such as redaction, summarization, stipulation, or partial restriction—are not adequate.

D.C.COLO.LCivR 7.2(B)(1)–(4). Failure to address all factors as set out in the Local Rule may result in striking of the motion without substantive consideration.

DATED May 18, 2015.