IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 10-cv-02139-MSK-NYW | Date: | May 28, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | *George Stephen Long* <br> *Nicole A. Westbrook* |
| **Plaintiff,** | |
| v | |
| MEDTRONIC, INCORPORATED, <br> MEDTRONIC SOFAMOR DANEK INCORPORATED, <br> MEDTRONIC PS MEDICAL, INCORPORATED, <br> MEDTRONIC SOFAMOR DANEK CO., LTD., | *Michael Simons* <br> *Steven Mark Zager* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  1:31 p.m.

Appearance of counsel.

Discussion held on Defendants' Motion for a Specific Trial Date [248] filed on February 12, 2015.

**ORDERED: Defendants' Motion for a Specific Trial Date [248] is DENIED without prejudice with leave to refile.**

Discussion and argument held on Defendants' Motion to Compel Responses to Interrogatories [277] filed on April 23, 2015.

**ORDERED: Defendants' Motion to Compel Responses to Interrogatories [277] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Defendants' Motion for Leave to Take Rule 30(B)(6) Deposition of Lenox MacLaren Surgical Corporation [278] filed on April 23, 2015.

**ORDERED: Defendants' Motion for Leave to Take Rule 30(B)(6) Deposition of Lenox MacLaren Surgical Corporation [278] is TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Defendants' Motion to Compel Production of Documents [291] filed on May 4, 2015.

For the reasons stated on the record, it is

**ORDERED: Defendants' shall file their reply on or before June 19, 2015. Then Defendants' Motion to Compel Production of Documents [291] is TAKEN UNDER ADVISEMENT.**

Parties discuss current scheduling deadlines and the remaining discovery to be completed.

Parties discuss filing of restricted items and the local rule.

Court in Recess:  2:55 p.m.            Hearing concluded.            Total time in Court:  01:24

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.