# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 11, 2015 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 10-cv-02139-MSK-NYW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | Stanley Gibson |
| | Steven Long |
| | Nicole Westbrook |
| Plaintiff, | |
| v. | |
| MEDTRONIC, INC., a Minnesota corporation; | Michael Simons |
| MEDTRONIC SOFAMOR DANEK, INC., an Indiana corporation; | Steven Zager |
| MEDTRONIC PS MEDICAL, INC. d/b/a Medtronic Neurologic Technologies, a California corporation; and | |
| MEDTRONIC SOFAMOR DANEK CO., LTD., | |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Law and Motion

**1:08 p.m.    Court in session.**

All counsel listed above appear via telephone.

The Court addresses setting an evidentiary hearing re: Joint Motions to Exclude (**Doc. #288, 289, 290**)

**ORDER:** Amendment(s) to the motion(s) will be filed by **June 13, 2015**. Evidentiary Rule 702 hearing on Doc. #288 and 289 is set for 4 hours on **July 8, 2015 at 9:00 a.m.** Any motion to continue will be filed no later than **July 6, 2015**. Motion at Doc. #290 is **WITHDRAWN.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The Court addresses defendants' Motion to Vacate the Pretrial Conference (**Doc. #331**).

Argument.

**ORDER:** Defendants' Motion to Vacate the Pretrial Conference (**Doc. #331**) is **GRANTED.** The Pretrial Conference set on **June 22, 2015 at 9:00 a.m. is VACATED** and reset to **August 3, 2015 at 3:00 p.m.**

1:43 p.m.      Court in recess.

**Total Time: 35 minutes.**
**Hearing concluded.**