**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02139-MSK-NYW

LENOX MACLAREN SURGICAL CORPORATION, a Colorado corporation,

Plaintiff,

vs.

MEDTRONIC, INCORPORATED, a Minnesota corporation;
MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation;
MEDTRONIC PS MEDICAL, INCORPORATED, d/b/a
MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Lenox MacLaren Surgical Corporation's ("Defendant" or "Lenox") Unopposed Motion for Leave to Present Lenox's 30(b)(6) Witness for Deposition, filed June 19, 2015 [#347] (the "Motion"). Pursuant to the Reassignment dated February 9, 2015 [#243] and the Memorandum dated June 19, 2015 [#354], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS ORDERED that:

(1) Defendant shall have up to and including **June 26, 2015** to present its corporate representative on certain topics related to damages as previously ordered [#337].

DATED June 19, 2015