**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                             Date:   July 8, 2015
Court Reporter:         Terri Lindblom

Civil Action No. 10-cv-02139-MSK-NYW

*Parties*:                                                                      *Counsel Appearing:*

LENOX MACLAREN SURGICAL CORPORATION,          Steven Long
                                                                                Nicole Westbrook

            Plaintiff,

v.

MEDTRONIC, INC., a Minnesota corporation;              Michael Simons
MEDTRONIC SOFAMOR DANEK, INC., an Indiana    Steven Zager
corporation;                                                                     Kelly Johnson
MEDTRONIC PS MEDICAL, INC. d/b/a Medtronic
Neurologic Technologies, a California corporation; and
MEDTRONIC SOFAMOR DANEK CO., LTD.,

            Defendants.

## COURTROOM MINUTES

HEARING:   Rule 702- Evidentiary

**9:05 a.m.        Court in session.**

The Court addresses

Plaintiff's counsel state the opinions of Dwight Duncan and defendants state their objections to same.

Oral motion to withdraw the Joint Motion (**Doc. #289**) and rely upon the Amended Joint Motion at (**Doc. #342**).

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**   Oral motion to withdraw Joint Motion (**Doc. #289**) is **GRANTED**.  It is deemed **WITHDRAWN.**

**Witness sworn  for the : Dwight Duncan :**
**9:18 a.m.**       Direct Examination by Mr. Long.

Cross examination of witness by Mr. Zager.

| | |
|---|---|
| **10:43 a.m.** | **Court in recess** |
| **10:59 a.m.** | **Court in session** |

Re-direct examination of witness.

No further witnesses by plaintiff.

**Witness sworn  for the defendants : Richard Gilbert :**
**11:00 a.m.**     Direct Examination by Mr. Zager.

Cross examination of witness by Mr. Long.

No re-direct examination of witness.

**Witness sworn  for the defendants : John Johnson :**
**11:44 a.m.**     Direct Examination by Mr. Zager.

Cross examination of witness by Mr. Long.

No re-direct examination of witness.

Defendants rest.

No rebuttal testimony.

No closing arguments.

| | |
|---|---|
| **12:05 p.m.** | **Court in recess.** |
| **2:00 p.m.** | **Court in session** |

oral findings are made of record and incorporated herein.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER**:   The Court's ruling with regard to the foundation requirements are as set forth in the record.

The parties stipulate to the Court reviewing the papers submitted and issuing a written ruling as to foundational requirements of witness Dr. Chewning in lieu of another hearing.

**ORDER:**   The parties' deposition designations will be submitted electronically by **June 15, 2015.**

The Court addresses defendants' Motion for Leave to Amend Joint 702 Motion re Scott Hay **(Doc. #341)**.

Proffers by counsel as to expected testimony and challenges.

The Court makes no ruling. The parties will discuss this matter and advise the Court if a hearing is needed.

**3:05 p.m.     Court in recess**

**Total Time:   3 hours 49 minutes.**
**Hearing concluded.**