**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover            Date: August 3, 2015
Court Reporter:    Terri Lindblom

Civil Action No. 10-cv-02139-MSK-NYW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, a Colorado corporation, | Stephen Long<br>Nicole Westbrook |
| Plaintiff, | |
| v. | |
| MEDTRONIC, INC., a Minnesota corporation | Steven Zagar<br>Michael Simons |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Final Pretrial Conference.

**3:14 p.m.      Court in session.**

Parties are present: Linda Lenox on behalf of Lenox and Chad Hanson on behalf of Medtronic.

**PENDING MOTIONS.**

The Court will not address Motions at #324, 383, 389 prior to trial for the reasons stated on the record.

The Court addresses Plaintiff Lenox's Motion for Sanctions (**Doc. #345**) and Defendant's Motion to Strike it (**Doc. #373**).

No further arguments.

**ORDER:**   The motions (**Doc. #345, #373**) are **DENIED** at this time for the reasons stated on the record.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page Two

The Court addresses defendant's Motion for leave to File a Motion for Summary Judgment **(Doc. #369)**

No further argument.

**ORDER:** Defendant's Motion for Leave to File Motion for Summary Judgment (**Doc. #369**) is **GRANTED**, but the filing will not delay in the scheduling of or commencing of the trial in this matter as set forth in the record.

Review of the proposed final pretrial order - matters addressed:

> Claims
> Defenses
> Witness List
> Exhibit List
> Anticipated motions
> Trial length, trial process,, evidentiary issues and any questions posed by counsel.

**ORDER:** Jury Trial is scheduled as follows: **January 4-7; 11-14; 19-22; 25-28, 2016** beginning at 8:30 a.m. on all days unless the Court advises otherwise. The case will be submitted to the jury no later than January 28. **No trial will be held on January 8 and 15.**

**ORDER:** Pertinent to trial process: Each side will be allotted 45 hours of time to use however they wish (openings, closings, evidence, presentation, etc.) The time is tracked by the Courtroom Deputy on a chess clock.

**ORDER:** Defendant's Motion for Summary Judgment will be filed by **August 14, 2015**, responses filed by **September 4, 2015** and reply filed by **September 18, 2015.**

**ORDER**: Revised final pretrial order, witness and exhibit lists to be filed by **September 18, 2015.**

**4:36 p.m.** **Court in recess.**

**Total Time: 1hour 22 minutes.**
**Hearing concluded.**