IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 10-cv-02139-MSK-NYW | Date: | October 30, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, | *George Stephen Long* |
| **Plaintiff,** | |
| v | |
| MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK, INC., MEDTRONIC PS MEDICAL, INCORPORATED, MEDTRONIC SOFAMOR DANEK CO., LTD., | *Michael Simons* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  11:01 a.m.

Appearance of counsel.

Discussion and argument held on Lenox's Motion for Leave to Supplement the Expert Report of Dwight Duncan [396] filed August 12, 2015, and Defendants' Motion to Strike Supplemental Expert Report of Dwight Duncan [412] filed September 8, 2015.

For the reasons stated on the record, is it

**ORDERED: Lenox's Motion for Leave to Supplement the Expert Report of Dwight Duncan [396] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

**ORDERED: Defendants' Motion to Strike Supplemental Expert Report of Dwight Duncan [412] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

**ORDERED: Parties shall submit a supplement with the original Duncan report on or before November 4, 2015.**

Court in Recess: 11:32 a.m.　　　　Hearing concluded.　　　　Total time in Court: 00:31