IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-02139-MSK-NYW

LENOX MACLAREN SURGICAL CORPORATION,

    Plaintiff,

v.

MEDTRONIC, INC.;
MEDTRONIC SOFAMOR DANEK, INC.,
MEDTRONIC PS MEDICAL, INC., d/b/a Medtronic Neurologic Technologies, and
MEDTRONIC SOFAMOR DANEK CO., LTD.,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #435**) filed on December 3, 2015, Granting Motion for Summary Judgment (**Doc. #400**), it is

ORDERED that:

Judgment is entered in favor of the defendants on all claims.

The case is closed.

Dated this 3rd day December, 2015.

                                    ENTERED FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    s/Patricia Glover
                                      Deputy Clerk